43 F.3d 1462
 Neal (Jacquelyne L.)
v.
Schnader, Harrison, Segal & Lewis, Brown (William H., III),
Segal (Bernard G.), Kahn (Arthur H.), Mullinix (Edward),
Moffa (Louis R., Jr.), Abbott (Frank H.), Andrews (Milton
D.), Avrigian (Mason), Baccini (Laurance E.), Barnes
(William M.), Battis (David G.), Baxter (Edward L.), Birns
(Richard D.), Brown (Stephen D.), Bruton (Charles R.), Carty
(M. Christine), Cooke (S. Jay), Cooney (J. Gordon), Crawford
(James D., Joseph C.), Cunningham (John
 NO. 94-1645
 United States Court of Appeals,
Third Circuit.
 Nov 30, 1994
 
 Appeal From: E.D.Pa., No. 93-cv-05611,
 Fullam, J.
 
 
 1
 AFFIRMED.